**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 98 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JESSE SMOOT, | : | |
| | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 99 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JESSE SMOOT, | : | |
| | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 100 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JESSE SMOOT, | : | |
| | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 101 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

JESSE SMOOT,

       Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 102 MAL 2021

       Respondent

                             Petition for Allowance of Appeal
            v.           from the Order of the Superior Court

JESSE SMOOT,

       Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 103 MAL 2021

       Respondent

                             Petition for Allowance of Appeal
            v.           from the Order of the Superior Court

JESSE SMOOT,

       Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 104 MAL 2021

       Respondent

                             Petition for Allowance of Appeal
            v.           from the Order of the Superior Court

JESSE SMOOT,

       Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 105 MAL 2021

       Respondent

[98 MAL 2021, 99 MAL 2021, 100 MAL 2021, 101 MAL 2021, 102 MAL 2021, 103 MAL 2021, 104 MAL 2021 and 105 MAL 2021] - 2

|  | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
|  | : |  |
|  | : |  |
| JESSE SMOOT, | : |  |
|  | : |  |
| Petitioner | : |  |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 8th day of March, 2022, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by petitioner, is:

     In this case, where Petitioner was without counsel for three of the four month pretrial period in the Court of Common Pleas, did the Superior Court misapply *United States v. Cronic*, 466 U.S. 648 (1984), when it affirmed the denial of PCRA relief because Petitioner did not identity [sic] a "critical stage" during which Petitioner was without counsel?